UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| PETER THROUMOULOS,   )  | |
| )  | |
|     Plaintiff   )  | |
| )  | |
| )  | Civil No. 06-25-H-P |
| v.   )  | |
| )  | |
| ALAN S. NELSON,   )  | |
| )  | |
|     Defendant   )  | |

**DECISION RECOMMENDING DISMISSAL OF COMPLAINT**

Peter Throumoulos filed this complaint against Alan S. Nelson on February 2, 2006.[1] At the time I granted him in forma pauperis status I reviewed the complaint and could not decipher the basic 'who, what, where, when, and why' of his cause of action, although Throumoulos clearly appeared to be complaining that Nelson had somehow violated his constitutional rights, perhaps in connection with a small claims proceeding in state court. I therefore directed Throumoulos to file an amended complaint by February 21, 2006, or face a recommendation that this complaint be summarily dismissed. Throumoulos has not embraced his opportunity to replead, see Instituto de Educacion Universal Corp. v. United States Dept. of Educ., 209 F.3d 18, 23 -24 & n.4 (2000), and I therefore recommend that the court summarily dismiss this complaint because it does not comply with Federal Rule of Civil Procedure 8(a).

---

[1] Throumoulos has filed lawsuits in this court on a number of occasions. (See Throumoulos v. Wal-Mart Stores, Inc., 03-CV-01, Throumoulos v. Smith, 03-CV-218, and Throumoulos v. Wal-Mart Stores, Inc., 05-CV-223.) Had he been incarcerated when he filed these various suits Throumoulos might well be a candidate for the "three strikes" bar against further filings.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any is sought, within ten (10) days of being served with a copy thereof. A responsive memorandum and any request for oral argument before the district judge shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

February 22, 2006.

/s/Margaret J. Kravchuk
U.S. Magistrate Judge